■ BARBARA A. HART, Respondent, v. JAMES A. HART, Appellant.— Motion to dismiss appeals denied on condition that appellant perfect the appeals for the October 1960 Term, for which term they are ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta and Pette JJ., concur. Christ, J., not voting.

■ WILHELMINA HECKMANN, Respondent, v. MARTIN FISHER et al., Defendants, and LYNN TERRACE APTS., INC., SECTION I, Appellant.— Motion to dismiss appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Appellants, v. ALLEY POND PARK APARTMENTS No. 1, INC., et al., Defendants, and PLANET CONSTRUCTION CORP. et al., Respondents.— Motion by defendants Planet Construction Corp. and Levine to dismiss appeal, dismissed as academic. (See *Horowitz* v. *Alley Pond Apts.*, 11 A D 2d 736.) Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of LOUIS G. CARBONE, Petitioner, against CHARLES L. PATTERSON et al., Individually and as Members of the New York City Transit Authority, Respondents.— Motion to dispense with printing granted. The proceeding will be heard on the original papers (including the typed minutes) and on a typewritten brief. Petitioner is directed to file five copies of his brief and to serve one copy thereof on the attorney for respondents. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of the Arbitration between CONSOLIDATED AVIONICS CORPORATION, Appellant, and SEM COMPANY, Respondent. CONSOLIDATED AVIONICS CORPORATION, Appellant, v. SEM COMPANY, Respondent.— Motions for a stay pending appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of ARTHUR GERMANSKY, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding and to vacate stay denied on condition that petitioner be ready to argue or submit the proceeding at the October 1960 Term, beginning October 3, 1960, for which term the proceeding is ordered to be placed on the calendar. On the court's own motion, the proceeding will be heard on the original papers (including the typed minutes) and on a typewritten brief. The petitioner is directed to file five copies of his brief and to serve one copy on the Attorney-General. The petitioner's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of PETER PAN PLAYLAND, INC., Respondent, against MAX H. FOLEY et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Motion by the Independent Civic Association of Sheepshead Bay, Inc., for permission to file a brief *amicus curiæ* granted. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of EDMUND POLTRONIERI, Respondent, against FREDERICK J. TALASCO, an Infant, by JOSEPH E. TALASCO, His Guardian ad Litem, et al., Appellants.— Motion by appellants and cross motion by respondent for reargument referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur. Motions denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.